Sealed
Public and unofficial staff access to this instrument are prohibited by court order

United States Courts
Southern District of Texas
FILED

June 15, 2023

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** § | | |
| § | | **4:23-cr-00249** |
| v.    § | | **CRIMINAL NO.** |
| § | | |
| **RICHARD KNOBLOCH,** § | | **UNDER SEAL** |
| Defendant    § | | |

# INDICTMENT

THE GRAND JURY CHARGES:

At all times material to this Indictment:

## COUNT ONE
### Money Laundering of Wire Fraud Proceeds
### (18 U.S.C. § 1956(a)(1)(B)(1))

1. On or about June 21, 2018, in the Houston Division of the Southern District of Texas and elsewhere, the defendant,

**RICHARD KNOBLOCH**,

did knowingly conduct and attempt to conduct a financial transaction affecting interstate commerce and foreign commerce, which involved the proceeds of a specified unlawful activity, that is, wire fraud, a violation of Title 18, United States Code, Section 1343, while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction, represented

the proceeds of some form of unlawful activity and knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity, to wit: a withdrawal in the amount of $1,000 from Green Dot customer key number ending in 7128.

All in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

## COUNT TWO
### Money Laundering of Wire Fraud Proceeds
### (18 U.S.C. § 1956(a)(1)(B)(1))

2. On or about June 21, 2018, in the Houston Division of the Southern District of Texas and elsewhere, the defendant,

**RICHARD KNOBLOCH**,

did knowingly conduct and attempt to conduct a financial transaction affecting interstate commerce and foreign commerce, which involved the proceeds of a specified unlawful activity, that is, wire fraud, a violation of Title 18, United States Code, Section 1343, while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction, represented the proceeds of some form of unlawful activity and knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity, to wit: a

withdrawal of $2,500 from American Express Account ending in 8298.

All in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

# COUNT THREE
## Money Laundering of Wire Fraud Proceeds
### (18 U.S.C. § 1956(a)(1)(B)(1))

3. On or about June 25, 2018, in the Houston Division of the Southern District of Texas and elsewhere, the defendant,

**RICHARD KNOBLOCH**,

did knowingly conduct and attempt to conduct a financial transaction affecting interstate commerce and foreign commerce, which involved the proceeds of a specified unlawful activity, that is, wire fraud, a violation of Title 18, United States Code, Section 1343, while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction, represented the proceeds of some form of unlawful activity and knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity, to wit: a transfer of $500 from American Express Account ending in 8298.

All in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

## COUNT FOUR
### Money Laundering of Wire Fraud Proceeds
### (18 U.S.C. § 1956(a)(1)(B)(1))

4. On or about June 25, 2018, in the Houston Division of the Southern District of Texas and elsewhere, the defendant,

**RICHARD KNOBLOCH**,

did knowingly conduct and attempt to conduct a financial transaction affecting interstate commerce and foreign commerce, which involved the proceeds of a specified unlawful activity, that is, wire fraud, a violation of Title 18, United States Code, Section 1343, while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction, represented the proceeds of some form of unlawful activity and knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity, to wit: a transfer of $400 from American Express Account ending in 8298.

All in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

## COUNT FIVE
### Money Laundering of Wire Fraud Proceeds
### (18 U.S.C. § 1956(a)(1)(B)(1))

5. On or about June 25, 2018, in the Houston Division of the Southern District of Texas and elsewhere, the defendant,

**RICHARD KNOBLOCH**,

did knowingly conduct and attempt to conduct a financial transaction affecting interstate commerce and foreign commerce, which involved the proceeds of a specified unlawful activity, that is, wire fraud, a violation of Title 18, United States Code, Section 1343, while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction, represented the proceeds of some form of unlawful activity and knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity, to wit: a transfer of $200 from American Express Account ending in 8298.

All in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

## **NOTICE OF FORFEITURE**
**(18 U.S.C. § 982(a)(1))**

Pursuant to Title 18, United States Code, Section 982(a)(1), the United States gives notice to the defendant,

**RICHARD KNOBLOCH,**

that upon conviction of any of the offenses charged in Counts One through Five of the Indictment, all property, real or personal, involved in money laundering offenses or traceable to such property, is subject to forfeiture.

**Money Judgment and Substitute Assets**

The United States gives notice that it will seek a money judgment against the defendant. In the event that one or more conditions listed in Title 21, United States Code, Section 853(p) exist, the United States will seek to forfeit any other property of the defendant up to the amount of the money judgment.

          A TRUE BILL

          Original Signature on File
          _____  _____
          FOREPERSON       DATE

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

By: *Rodolfo Ramirez*
     Rodolfo Ramirez
     Assistant United States Attorney

6